UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-CIV-62168-WPD

Christopher Wright,

    Plaintiff(s),
vs.

Cities Facilities Management (FL) LLC,

    Defendant(s).
_____/

### **MEDIATION REPORT**

The undersigned court-appointed mediator reports to the court as follows:

    A. A mediation conference was conducted on <u>September 29, 2022</u>

    B. The mediation conference resulted in the following:
    __X__ The matter was settled in full.
    _____ The matter was settled in part.
    _____ The matter did not settle.
    _____ The conference was adjourned and an additional mediation

Dated: October 3, 2022

                                                             By:/s/ *Lori Adelson*
                                                             Signature of Mediator
                                                             APROVED MEDIATION
                                                             401 East Las Blvd., Suite 1400
                                                             Fort Lauderdale, FL 33301
                                                             Phone: (954) 302-8960
                                                             Email: Lori@ApprovedMediation.com
                                                             Secondary Email: Mediator@ApprovedMediation.com

Copies to: [all ECF parties]