UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 0:21-cv-62168-WPD

CHRISTOPHER WRIGHT,

    Plaintiff,

v.

CITY FACILITIES MANAGEMENT (FL) LLC,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, CHRISTOPHER WRIGHT ("Plaintiff"), and Defendant, CITY FACILITIES MANAGEMENT (FL) LLC ("Defendant") (collectively referred to herein as the "Parties"), hereby stipulate that all claims be dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs. The Parties request that the Court enter an Order dismissing this action with prejudice.

Respectfully Submitted this 5th day of October, 2022.

By: */s/ Michelle Cohen Levy*
Michelle Cohen Levy (FBN: 0068514)
michelle@cohenlevylegal.com
THE LAW OFFICE OF MICHELLE
COHEN LEVY, P.A.
4400 N. Federal Highway
Lighthouse Point, FL 33064
Tel: (954) 651-9196
Fax: (954) 463-1245
*Attorneys for Plaintiff*

By: */s/ Lori K. Mans*
Lori K. Mans
Florida Bar No. 12024
JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
Telephone: (904) 638-2655
Facsimile: (904) 638-2656
Lori.Mans@jacksonlewis.com
Kathy.Corbin@jacksonlewis.com
JacksonvilleDocketing@jacksonlewis.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: *s/Michelle Cohen Levy*